Search Warrant

# UNITED STATES DISTRICT COURT

for the
District of Arizona

<table>
<tr><td>In the Matter of the Search of<br><i>(Briefly Describe the property to be searched or identify the person by name and address</i><br><br>2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388, currently located at the Gila River Police Department, 693 West Seed Farm Road, Sacaton, AZ 85147</td><td>Case No. 21-177 MB</td></tr>
</table>

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ____Arizona____.
(identify the person or describe the property to be searched and give its location):

### As further described in Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

### As set forth in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ____July 22, 2021____.
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.

_____.
*(name)*

N/A    ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)   ☐ for 30 days (*not to exceed 30*)
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____July 8, 2021 @ 10:30 AM____   ____Michelle Burns____
*Judge's signature*

City and State: __Phoenix, Arizona__           __Honorable Michelle H. Burns, U.S. Magistrate Judge__
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

# Attachment A

## Property to be searched

**Vehicle to be searched:**  2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388.

**Location of vehicle:**  Gila River Police Department, 693 West Seed Farm Road, Sacaton, Arizona 85147.

 



## ATTACHMENT B

### ITEMS TO BE SEIZED

Evidence in the form of:

1. Firearms or other deadly weapons. Ammunition and/or components used in the manufacture of ammunition to include spent shell casings, gun powder, primers, and bullets. Holsters, cases, or boxes used to carry or transport firearms or ammunition, and or any receipts or photographs detailing the purchase or ownership of any of the aforementioned items;

2. DNA (deoxyribonucleic acid), hairs, fibers, blood, fingerprints (seen and unseen), footprints (seen and unseen), and other forensic evidence or trace evidence;

3. Any computers, tapes, disks, cellular telephones or other forms of electronic devices, illicit business records, all writings, books, business ledgers, lists, notations, or other memoranda, however recorded or preserved, which evidences or memorializes activities involved in conspiracy to conduct such activity;

4. Indicia of ownership, use, or occupancy of the vehicle, including such things as ownership documents (e.g., registration, tax records, the title to the vehicle) maintenance records, mail that may have been left in the vehicle, photographs of the owner or occupants of the vehicle, and receipts (such as gas, or liquor receipts)

which may be located inside of a 2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388.

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address*<br>2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388, currently located at the Gila River Police Department, 693 West Seed Farm Road, Sacaton, AZ 85147 | Case No.  21-177 MB |

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Det. Jake Rheingans, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (*identify the person or describe the property to be searched and give its location*):

### As further described in Attachment A.

Located in the District of __Arizona__, there is now concealed (*identify the person or describe the property to be seized*):

### As set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

X Evidence of a crime;

X Contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §113(a)(3) | Assault with a Dangerous Weapon |
| 21 U.S.C. §841(a)(1) & (b)(1)(C) | Possession of Methamphetamine with Intent to Distribute |

The application is based on these facts:

### As set forth in Attachment C, incorporated herein by reference.

☒ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Raynette Logan *RP*
*Telephonically Sworn*

*Jacob Rheingans*
*Applicant's Signature*

Jake Rheingans, Detective, Gila River Police Department
*Applicant's printed name and title*

Date issued: __July 8, 2021__

*Michelle Burns*
*Judge's signature*

City and State: Phoenix, Arizona

Hon Michelle H. Burns, U.S. Magistrate Judge
*Printed name and title*

# **Attachment A**

## **Property to be searched**

**Vehicle to be searched:**  2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388.

**Location of vehicle:**  Gila River Police Department, 693 West Seed Farm Road, Sacaton, Arizona 85147.

 



## ATTACHMENT B

## ITEMS TO BE SEIZED

Evidence in the form of:

1. Firearms or other deadly weapons. Ammunition and/or components used in the manufacture of ammunition to include spent shell casings, gun powder, primers, and bullets. Holsters, cases, or boxes used to carry or transport firearms or ammunition, and or any receipts or photographs detailing the purchase or ownership of any of the aforementioned items;

2. DNA (deoxyribonucleic acid), hairs, fibers, blood, fingerprints (seen and unseen), footprints (seen and unseen), and other forensic evidence or trace evidence;

3. Any computers, tapes, disks, cellular telephones or other forms of electronic devices, illicit business records, all writings, books, business ledgers, lists, notations, or other memoranda, however recorded or preserved, which evidences or memorializes activities involved in conspiracy to conduct such activity;

4. Indicia of ownership, use, or occupancy of the vehicle, including such things as ownership documents (e.g., registration, tax records, the title to the vehicle) maintenance records, mail that may have been left in the vehicle, photographs of the owner or occupants of the vehicle, and receipts (such as gas, or liquor receipts)

which may be located inside of a 2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388.

**ATTACHMENT C**

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR**

**A SEARCH WARRANT**

I, Jake Rheingans, a Criminal Investigator for the Gila River Police Department (GRPD), being duly sworn, depose and state as follows:

**INTRODUCTION**

The facts of this case, as more fully detailed herein, are that on June 27, 2021, VERONICA NUNEZ (hereinafter V. NUNEZ) shot J.C. (an enrolled member of the Tohono O'odham Nation, hereinafter "TO"), while on AZSR 187, approximately 200 yards west of the intersection of S Casa Grande Hwy and AZSR 187, Sacaton, AZ, within the exterior boundaries of the Gila River Indian Community (GRIC).  Further investigation resulted in the recovery of a 2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388. The possessor of the vehicle was identified as V. NUNEZ.  The aforementioned vehicle was seized by the Gila River Police Department (GRPD) and is currently located at the GRPD, 693 West Seed Farm Road, AZ 85147.  I am requesting that the Court issue a search warrant to search for evidence in the form of firearms, ammunition, cellular devices and any indicia of ownership, as well as other evidence, which may be located on or within the confines of a 2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388.

**PRELIMINARY BACKGROUND INFORMATION**

1. Your affiant is a graduate of the Arizona Law Enforcement Academy in Phoenix, AZ. Your affiant has been employed with the GRPD since August 2015. Your affiant is currently assigned to the Criminal Investigations Division and has primary investigative

1

responsibility in the area of violent crime, to include homicide, robbery, arson, and aggravated assaults.

2.      I have been trained in various aspects of law enforcement, including searching and seizing of vehicles and other property. In addition, I have been involved in multiple investigations in which vehicles have been seized, searched, and forensically examined.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators and witnesses. This affidavit is intended to show merely there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts I believe are necessary to establish probable cause to believe evidence of a violation of Title 18, United States Code, §§ 1152 and 113(a)(3), Assault with a Dangerous Weapon, and Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C), Possession with Intent to Distribute Methamphetamine, is located on or within the confines of a 2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388, more fully described in Attachment A, for items listed in Attachment B.  This Court has jurisdiction over these offenses under 18 U.S.C. § 1152 because the below-described events occurred on the Gila River Indian Community, and J.C. is an enrolled member of the TO, a federally recognized tribe.

## DETAILS OF THE INVESTIGATION

4.      On June 27, 2021, at approximately 2000 hours, GRPD detectives were instructed by Gila River Police Department Detective Sergeant John Howerton to respond to a suspected shooting with an injured subject near the intersection of S Casa Grande Hwy and AZSR 187

Sacaton, Arizona (within the exterior boundaries of the Gila River Indian Community).

5. Upon arrival, the initial responding officer, GRPD Ofc. M. Kennedy was contacted. Officer Kennedy stated they received initial calls of a male subject running away from another subject while being shot at. When Officer Kennedy arrived on scene he observed a female subject, later identified as NUNEZ leaning into a 2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388. Officer Kennedy observed a dark object in NUNEZ's clothing. When asked about the object, NUNEZ informed officers that they were empty magazines. Officer Kennedy detained NUNEZ and secured her in the rear of his patrol unit. Officer Kennedy also informed me a male subject, later identified as J.C., was located by GRPD Sgt. Elliot further down the road along AZSR 187. The male subject matched the description of the subject provided by witnesses, who was reportedly being shot at, and had a severe injury above his left eyebrow.

6. After speaking with Officer Kennedy, detectives walked the crime scene. While walking through the crime scene, detectives observed a 2014 Black GMC Terrain, bearing Arizona License Plate JFA9BC, with Vehicle Identification Number: 2GKALSEK9E6254388 parked along the shoulder. After verifying the vehicle's registration, it was confirmed the vehicle was registered to NUNEZ. The passenger side of the vehicle had numerous bullet holes along the exterior shell and the rear passenger window. There were also numerous empty casings located on the ground approximately 5 yards east of the passenger side of the vehicle. Lying on the front passenger seat were two handguns along with live ammunition matching the empty casings lying on the ground. The vehicle's radio was severely damaged with multiple bullet holes. Detectives also located multiple blood spatter and droplets along the center

3

console. Detectives also observed a large amount of blood droplets and spatter along the exterior of the vehicle's driver side. There was a blood trail leading west away from the vehicle toward the location J.C. was located. On the ground directly below the driver side door, detectives observed a clear bundle containing a clear crystalized substance. Utilizing a TruNarc instrument, the substance was later confirmed to be approximately 23.3 grams of methamphetamine.

7. During the investigation, detectives reviewed the 911 recordings. One of the 911 calls received was from NUNEZ. In the call, NUNEZ could be heard telling the 911 operator she shot at the vehicle J.C. was in, and when he got out of the vehicle he had blood on him. During the investigation, detectives also requested a K9 unit to check the vehicle. When the K9 unit arrived, the handler, GRPD Ofc. A. Johnson, deployed his K9 around the vehicle. When they were finished, Ofc. Johnson advised his K9 alerted to the presence of drugs near the rear passenger door and the front driver side door.

8. The vehicle was seized as evidence and transported to the Gila River Police Department at 639 W Seed Farm Rd Sacaton, AZ. Upon arrival, the vehicle was secured in the GRPD evidence impound lot.

**CONCLUSION**

9. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence described in Attachment B, is located within the aforementioned vehicle, as more fully described in Attachment A, and will support an investigation related to a violation of 18 U.S.C. §§1152 and 113(a)(3) and 21 U.S.C. §§841(a)(1) and b(1)(C). This affidavit was sworn telephonically before a United States

4

1  Magistrate Judge legally authorized to administer an oath for this purpose.

2      I declare under penalty of perjury under the laws of the United States of America that

3  the foregoing is true and correct.

4

5

6  Dated: _7/8/2021_           _Jacob Rheingans_

7                             Detective Jake Rheingans
                              Gila River Police Department

8  Subscribed and sworn to before me this ___8___ day of July, 2021.

9    – [telephonically]

10

11                           _Michelle Burns_
                             Honorable Michelle H. Burns

12                           United States Magistrate Judge
                             District of Arizona

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28